**No. 10-984. IMS Health, Inc., et al., Petitioners v. William J. Schneider, Attorney General of Maine.**

564 U.S. 1051, 131 S. Ct. 3091, 180 L. Ed. 2d 911, 2011 U.S. LEXIS 5003.

June 28, 2011. On petition for writ of certiorari to the United States Court of Appeals for the First Circuit. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the First Circuit for further consideration in light of Sorrell v. IMS Health Inc., 564 U.S. 552, 131 S. Ct. 2653, 180 L. Ed. 2d 544 (2011).

Same case below, 616 F.3d 7.

**No. 10-5479. Antonio Barba, Petitioner v. California.**

564 U.S. 1051, 131 S. Ct. 3088, 180 L. Ed. 2d 911, 2011 U.S. LEXIS 5001.

June 28, 2011. On petition for writ of certiorari to the Court of Appeal of California, Second Appellate District. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the Court of Appeal of California, Second Appellate District, for further consideration in light of Bullcoming v. New Mexico, 564 U.S. 647, 131 S. Ct. 2705, 180 L. Ed. 2d 610 (2011).

**No. 10-6278. Anthony Dilboy, Petitioner v. New Hampshire.**

564 U.S. 1051, 131 S. Ct. 3089, 180 L. Ed. 2d 911, 2011 U.S. LEXIS 5005.

June 28, 2011. On petition for writ of certiorari to the Supreme Court of New Hampshire. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari granted. Judgment vacated, and case remanded to the Supreme Court of New Hampshire for further consideration in light of Bullcoming v. New Mexico, 564 U.S. 647, 131 S. Ct. 2705, 180 L. Ed. 2d 610 (2011).

**No. 10-1062. Chantell Sackett, et vir, Petitioners v. Environmental Protection Agency, et al.**

564 U.S. 1052, 131 S. Ct. 3092, 180 L. Ed. 2d 911, 2011 U.S. LEXIS 5010.

June 28, 2011. Petition for writ of certiorari granted limited to the following questions: (1) May petitioners seek pre-enforcement judicial review of the administrative compliance order pursuant to the Administrative Procedure Act, 5 U. S. C. § 704? (2) If not, does petitioners' inability to seek pre-enforcement judicial review of the administrative compliance order violate their rights under the Due Process Clause?

Same case below, 622 F.3d 1139.

**No. 10-8505. Sandy Williams, Petitioner v. Illinois.**

564 U.S. 1052, 131 S. Ct. 3090, 180 L. Ed. 2d 911, 2011 U.S. LEXIS 5008.

June 28, 2011. Motion of petitioner for leave to proceed in forma pauperis and petition for writ of certiorari to the Supreme Court of Illinois granted.

Same case below, 238 Ill. 2d 125, 345 Ill. Dec. 425, 939 N.E.2d 268.